| | |
|---|---|
| STAN S. MALLISON (SBN 184191)<br>   StanM@TheMMLawFirm.com<br>HECTOR R. MARTINEZ (SBN 206336)<br>   HectorM@TheMMLawFirm.com<br>GONZALO QUEZADA (SBN 338386)<br>   GQuezada@TheMMLawFirm.com<br>MALLISON & MARTINEZ<br>1939 Harrison Street, Suite 730<br>Oakland, CA 94612<br>Telephone: (510) 832-9999<br>Facsimile: (510) 832-1101<br><br>Attorneys for Plaintiffs | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ESTRADA and OMAR ESTRADA, individually and acting in the interest of other current and former employees,<br><br>            Plaintiffs,<br><br>            vs.<br><br>MB COATINGS, INC., a California Corporation, HOWARD BUILDING CORPORATION, a California Corporation, DEB CONSTRUCTION, LLC, a California Limited Liability Company, FAR WEST CONTRACTORS CORP., a California Corporation, CLUNE CONSTRUCTION, MIKE BARTLE, an Individual, AMANDA BARTLE, an Individual and DOES 1 through 20,<br><br>            Defendants. | Case No. 8:22-cv-01427-JDE<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT**<br><br>Date: June 6, 2024<br>Time: 10:00 a.m.<br>Department: Courtroom 6A<br><br>Complaint Filed: August 1, 2022<br>FAC Filed: October 27, 2022<br>Trial Date: January 02, 2025<br><br>*Before Honorable Judge John D. Early* |

-1-

Notice of Motion and Motion for Preliminary Approval            Case No.: 8:22-cv-01427-JDE

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on June 6, 2024, at 10:00 a.m., or at another time suitable to the Court, before the Honorable John D. Early of the United States District Court, Central District of California, in Courtroom 6A, the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, California, 92701, Plaintiffs Martin Estrada and Omar Estrada ("Plaintiffs") will, and hereby does, move for an Order: (1) granting preliminary approval of class and collective settlement; (2) granting conditional certification of the settlement class and collective; (3) approving and directing distribution of the Class and Collective Notice and related materials to the Class and Collective; and (4) appointing the Class Representative, Class and Collective Counsel, and Settlement Administrator.

Plaintiffs bring this Motion on the grounds that, after arms-length negotiations, the parties have reached a fair, reasonable, and adequate settlement that is within the range of final approval. This Motion is based on this Notice and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Stan Mallison, including attached exhibits and the proposed Class Notice, the record on file herein, and any other evidence and oral argument that may be presented at the hearing, and such other matters of which the Court may take judicial notice.

Dated: May 17, 2024　　　　　　　　　　**MALLISON & MARTINEZ**

By: _____
Stan Mallison
Hector Martinez
Gonzalo Quezada
Attorneys for Plaintiffs