STAN S. MALLISON (SBN184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (SBN 206336)
  HectorM@TheMMLawFirm.com
GONZALO QUEZADA JR. (SBN 338386)
  GQuezada@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ESTRADA and OMAR ESTRADA, individually and acting in the interest of other current and former employees,<br><br>Plaintiffs,<br><br>vs.<br><br>MB COATINGS, INC., a California Corporation, HOWARD BUILDING CORPORATION, a California Corporation, DEB CONSTRUCTION, LLC, a California Limited Liability Company, FAR WEST CONTRACTORS CORP., a California Corporation, CLUNE CONSTRUCTION, MIKE BARTLE, an Individual, AMANDA BARTLE, an Individual and DOES 1 through 20,<br><br>Defendants. | Case No.: 8:22-cv-01427-JDE<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT, AWARD OF CLASS REPRESENTATIVE INCENTIVE PAYMENT, AWARD OF CLASS COUNSEL FEES AND COSTS, AND AWARD OF ADMINISTRATION FEES**<br><br>Date: August 7, 2025<br>Time: 10:00 a.m.<br>Department: Courtroom 6A<br><br>Complaint Filed: August 1, 2022<br>FAC Filed: October 27, 2022<br><br>Before Honorable Judge John D. Early |

**TO THE HONORABLE COURT AND ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on August 7, 2025, at 10:00 a.m., or at another time suitable to the Court, before the Honorable John D. Early of the United States District Court, Central District of California, in Courtroom 6A, 411 West Fourth Street, Santa Ana, California, Plaintiffs and Class Representative Martin Estrada and Omar Estrada ("Plaintiffs") will move for Final Approval of Class Settlement, Award of Class Representative Incentive Payment, Award of Class Counsel Fees and Costs, and Award of Administration Fees.

By this Motion, Plaintiffs move the Court for an Order:

1.      Granting Final Approval of the Class Settlement;

2.      Awarding Class Representative Incentive Payments of $100,000 each to Class Representatives Martin Estrada and Omar Estrada;

3.      Awarding Class Counsel 33.33% ($398,171.40) of the gross settlement fund in attorneys' fees and $13,475.21 for reimbursement of litigation costs;

4.      Awarding Settlement Administrator, Phoenix, $12,500 as reasonable compensation for its work; and,

5.      Approving the distribution of the Net Settlement Amount to Participating Class Members.

Plaintiff brings this Motion on the grounds that, after arms-length negotiations, the Parties have reached a fair, reasonable, and adequate settlement that is within the range of final approval and that the fees and costs noted above are reasonable given the circumstances of this case.  The Court granted Preliminary Approval of this settlement on August 23, 2024.

This Motion is based on this Notice and Motion, the supporting Memorandum of Points and Authorities, the Class Counsel declaration Stan Mallison, including attached exhibits, the declaration of the Plaintiffs/Class

1   Representatives Martin Estrada and Omar Estrada, the record on file herein, the

2   evidence and oral argument that may be presented at the hearing, and such other

3   matters of which the Court may take judicial notice.

4

5   Dated: June 18, 2025                                MALLISON & MARTINEZ

6

7                                                       By:_____

8                                                       Stan Mallison
                                                        Hector Martinez
9                                                       Gonzalo Quezada Jr.
                                                        Attorneys for Plaintiffs
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Motion for Final Approval