UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:22-cv-01427-JDE | Date | August 7, 2025 |
|---|---|---|---|
| Title | Omar Estrada, et al. v. MB Coatings, et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|

| Amber Rodriguez | CS 08/07/25 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Hector Martinez (remote) | Glen D. Duvel |

**Proceedings:** Final Fairness Hearing (Dkt. 83); Motion for Settlement Approval of Class and Collective Action Settlement, Award of Class Counsel Fees and Costs, Award of Administration (Dkt. 84)

    On August 7, 2025, counsel for the parties, with Defendant's counsel appearing in person and Plaintiffs' counsel appearing by telephone, for a Final Fairness Hearing and Motion Hearing before Magistrate Judge Early. Counsel were heard regarding Plaintiffs' Motion for Final Approval of Settlement. For the reasons stated on the record, the Court advised it would be granting the Motion, subject to a change of the requested Representative Award to $10,000 per named representative, and adjustments relating to the collective aspect of the case, as stated on the record. A further written order and separate judgment to issue.

Initials of Clerk: ARO

Time in court: : 25