1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MARTIN ESTRADA and OMAR ESTRADA, individually and acting in the interest of other current and former employees,<br><br>Plaintiffs,<br><br>vs.<br><br>MB COATINGS, INC., a California Corporation, HOWARD BUILDING CORPORATION, a California Corporation, DEB CONSTRUCTION, LLC, a California Limited Liability Company, FAR WEST CONTRACTORS CORP., a California Corporation, CLUNE CONSTRUCTION, MIKE BARTLE, an Individual, AMANDA BARTLE, an Individual and DOES 1 through 20,<br><br>Defendants. | Case No.: 8:22-cv-01427-JDE<br><br>**JUDGMENT**<br><br>**[JS-6]** |

Pursuant to: (a) the Settlement Agreement and Release ("Settlement") by and between Martin Estrada and Omar Estrada ("Plaintiffs") on the one hand, and MB Coatings, Inc., Howard Building Corporation, DEB Construction, LLC., Far West Contractors Corp., Clune Construction, Mike Bartle, Amanda Bartle ("Defendants") on the other; (b) the Order of August 23, 2024 (Dkt. 77,

"Preliminary Approval Order"); and (c) the Order of August 7, 2025 (Dkt. 90, "Final Approval Order"),

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. The definitions in the Settlement are incorporated herein, and all terms used herein shall have the same meaning as in the Settlement.

2. The Court enters Judgment consistent with the Preliminary Approval Order and Final Approval Order and the approved Settlement.

3. The claims of the FLSA Collective who opted-in and the claims of the Class Members who did not timely and properly exclude themselves from the terms of the Settlement are dismissed with prejudice, with each party to bear his, her, or its own costs, except as otherwise set forth in the Settlement and the Final Approval Order.

4. This Court retains jurisdiction over the implementation of any remaining terms of the Settlement and the distribution of funds under the Settlement.

Dated: August 7, 2025

_____
JOHN D. EARLY
United States Magistrate Judge